UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff      Case Number 98-70613

             Hon. Paul D. Borman

-v-             Magistrate Mark A. Randon

VALENCIA MATHIS-BURNETT

    Defendant

and

REGENCY HEIGHTS, LLC

    Garnishee

_____

**ORDER RESOLVING  DEFENDANT'S OBJECTIONS TO GARNISHMENT
AND ESTABLISHING WAGE ASSIGNMENT**

THIS MATTER having come before the Court on a Writ of Garnishment directed to Garnishee Defendant Regency Heights, LLC; and Defendant having filed a Request for Hearing About the Answer Filed by the Garnishee; and Garnishee Defendant having filed an Answer indicating that it is no longer in business, and therefore not indebted to Defendant; and a hearing having been held on June 5, 2012, wherein the parties reached a resolution and placed same on the record; now therefore

  **IT IS HEREBY ORDERED** that Defendant's objections to the Writ of Garnishment directed to Garnishee Defendant Regency Heights, LLC, are denied as moot;

  **IT IS FURTHER ORDERED** that Defendant shall execute a Wage Assignment providing for her employer, Ciena Healthcare, to withhold the sum of $75.00 from each of Defendant's bi-weekly paychecks, and transmit same to the United States Department of Justice, NCIF, P.O. Box 790363, St. Louis, MO  63179-0363.  Said withholding shall commence with the June 15,

2012 pay period.  Said withholding shall continue until the Judgment has been paid in full, or until further order of this Court.

                                                    s/Mark A. Randon  
                                                    MARK A. RANDON  
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 19, 2012, by electronic and/or ordinary mail.*

                                                  *s/Melody Miles*  
                                                  *Case Manager*