UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

VS.

VALENCIA MATHIS-BURNETT,

        Defendant,
_____/
CHARLES J. HOLZMAN (P35625)
TAMARA PEARSON (P56265)
Holzman Corkery, PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

Case Number: 98-70613

Honorable: Mark A. Randon

Claim Number: 1997A13116

## ORDER FOR WAGE ASSIGNMENT

In accordance with the Stipulation of the parties: It is hereby ordered that ABBA CARE CORPORATION deduct the sum of $75.00 per pay from the wages of said defendant, VALENCIA MATHIS-BURNETT social security number: XXX-XX-7724 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 790363**
        **St. Louis, MO  63179-0363**

        **Please include account number 1997A13116.**

This wage assignment is to remain in effect until the balance of **$3,120.33 plus accruing interest** is satisfied.  In the event that VALENCIA MATHIS-BURNETT is not receiving wages from employment at the ABBA CARE CORPORATION for any reason, VALENCIA MATHIS-BURNETT shall continue to make the payments set forth in the Stipulation for Wage Assignment.  The office of HOLZMAN CORKERY, PLLC., Attorney for UNITED STATES OF AMERICA will notify ABBA CARE CORPORATION when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon ABBA CARE CORPORATION Payroll Department by Holzman Corkery, PLLC, attorney for Plaintiff.

                    s/Mark A. Randon
                    MARK A. RANDON
                    UNITED STATES MAGISTRATE JUDGE

Dated:  August 3, 2012

*Certificate of Service*

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, August 3, 2012 August 3, 2012, by electronic and/or first class U.S. mail.

                    *s/Melody R. Miles*
                    *Case Manager*